No. 24-5607

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Robert F. Kennedy, Jr.,

*Plaintiff-Appellant*,

vs.

Google LLC, and YouTube, LLC,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:23-cv-03880-TT
Hon. Trina Thompson

**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

    Scott J. Street (SBN 258962)
    JW HOWARD/ATTORNEYS, LTD.
    201 South Lake Avenue, Suite 303
    Pasadena, CA 91101
    Tel.: (213) 205-2800
    Email: sstreet@jwhowardattorneys.com

    John W. Howard (SBN 80200)
    JW HOWARD/ATTORNEYS, LTD.
    600 West Broadway, Suite 1400
    San Diego, CA 92101
    Tel.: (619) 234-2842
    Email: johnh@jwhowardattorneys.com

    *Attorneys for Robert F. Kennedy, Jr.*

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Respectfully submitted,

Date: November 11, 2024　　**JW HOWARD │ ATTORNEYS, LTD.**

　　　　　　　　　　　　　　　*s/ Scott J. Street*
　　　　　　　　　　　　　　　Scott J. Street

　　　　　　　　　　　　　　　*Attorneys for Robert F. Kennedy, Jr.*

Date: November 11, 2024　　**MUNGER TOLLES & OLSON LLP**

　　　　　　　　　　　　　　　*s/ Jonathan Blavin*
　　　　　　　　　　　　　　　Jonathan Blavin

　　　　　　　　　　　　　　　*Attorneys for Google LLC and YouTube, LLC*

1

2

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On November 12, 2024, I caused **STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL** to be filed and served via the Court's Electronic Service upon the parties listed on the Court's service list for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 12, 2024 at San Diego, California.

*/s/ Dayna Dang*_____
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com